# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| WAYNARD WINBUSH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:23-CV-192-DCLC-JEM |
| | ) | |
| BERT C. BOYD, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

For the reasons in the memorandum opinion filed contemporaneously with this order, the Clerk is **DIRECTED** to transfer this entire action to the United States Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1631 and *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997), and to close this case.

**SO ORDERED**.

**ENTER:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT

*LeAnna Wilson*
CLERK OF COURT